## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR394 |
| v. | ) | FINDINGS AND RECOMMENDATION |
| | ) | AND |
| JOSE L. RUIZ-SIERRA, | ) | ORDER |
| Defendant. | ) | |

At the conclusion of the hearing on February 20, 2014, on the defendant's motion to suppress, I stated my conclusions on the record and my decision to recommend that the motion to suppress, be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, Chief United States District Judge, that the motion to suppress (Filing No. 31) be denied as set forth in the oral Findings and Recommendation.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause a transcript of the hearing to be prepared and filed.
2. Pursuant to NECrimR 59.2 any objection to this Findings and Recommendations shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Findings and Recommendations. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 20th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge