# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO. 8:13CR394** |
| vs. | |
| **JOSE L. RUIZ-SIERRA,** | **ORDER** |
| Defendant. | |

Before the Court are the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 40). No objections have been filed. Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. Magistrate Judge Thalken's Findings and Recommendation (Filing No. 40) are adopted in their entirety; and

2. The Defendant's motion to suppress (Filing No. 31) is denied, in accordance with the Findings and Recommendation.

Dated this 18th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge